```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ABBEY HOUSE MEDIA, INC., d/b/a            :
BOOKSONBOARD,                             :
                                          :      14cv2000 (DLC)
                 Plaintiff,               :
                                          :         ORDER
         -v-                              :
                                          :
APPLE INC.; HACHETTE BOOK GROUP, INC.;    :
HARPERCOLLINS PUBLISHERS, LLC,;           :
VERLAGSGRUPPE GEORG VON HOLTZBRINCK       :
GHBH; HOLTZBRINCK PUBLISHERS, LLC,        :
d/b/a MACMILLAN; THE PENGUIN GROUP, A     :
DIVISION OF PEARSON PLC; and SIMON &      :
SCHUSTER, INC.,                           :
                                          :
                 Defendants.              :
------------------------------------------X
```

DENISE COTE, District Judge:

On September 10, 2014, Plaintiff-Counterclaim Defendant Abbey House moved to dismiss all counterclaims of Defendant-Counterclaim Plaintiff Simon & Schuster and Defendant-Counterclaim Plaintiff The Penguin Group. It is hereby

ORDERED that any opposition to the motion shall be served by **September 26, 2014**. Any reply shall be served by **October 3, 2014**. At the time any motion is fully briefed, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 11, 2014

                                     _____
                                              DENISE COTE
                                     United States District Judge