UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBEY HOUSE MEDIA, INC, d/b/a BOOKSONBOARD<br><br>      Plaintiff,<br><br>v.<br><br>HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, L.L.C.; VERLAGSGRUPPE GEORG VON HOLTZBRINCK GMBH; HOLTZBRINCK PUBLISHERS, LLC d/b/a MACMILLAN; THE PENGUIN GROUP, A DIVISION OF PEARSON PLC.; and SIMON & SCHUSTER, INC.<br><br>      Defendants. | 14 Civ. 2000 (DLC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/28/16 |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND 41(c)

It is hereby stipulated and agreed by and between Simon & Schuster, Inc. and Plaintiff, through their respective counsel, that Simon & Schuster's counterclaim in the above-captioned action is voluntarily dismissed, without prejudice, against the Plaintiff Abbey House Media, Inc. d/b/a Booksonboard pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c). Each party will bear its own attorneys' fees and costs regarding the counterclaims.

So ordered.
*/s/ Denise Cote*
1/28/16

Dated: January 27, 2016

Respectfully submitted,

_Yehudah L. Buchweitz_ /JbA

James W. Quinn
Yehudah L. Buchweitz
Jeff L. White
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel.:   (212) 310-8000
Fax:   (212) 310-8007

james.quinn@weil.com
yehudah.buchweitz@weil.com
jeff.white@weil.com

*Attorneys for Defendant
Simon & Schuster, Inc.*

Maxwell M Blecher (*pro hac vice*)
BLECHER COLLINS PEPPERMAN & JOYE,
P.C.
515 S. Figueroa St., Suite 1750
Los Angeles, CA 90071
Tel.:   (213) 622-4222
Fax:   (213) 622-1656

mblecher@blechercollins.com

*Attorney for Plaintiff Abbey House, Inc.
d/b/a Booksonboard.*

It is so ordered. The Clerk is hereby directed to enter judgment pursuant to the Opinion and

Order dated January 22, 2016 [Dkt. No. 183].

Date: _____

_____
Honorable Judge Denise Cote
United States District Court Judge